*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 25-BS-0663**

IN RE CLAYBORNE E. CHAVERS, ESQUIRE,
                    Respondent.
A Member of the Bar of the
District of Columbia Court of Appeals          **BDN: 25-PD-012**
**Bar Registration No. 965749**                **DDN: 2024-D085**

BEFORE:  Beckwith and Shanker, Associate Judges, and Thompson, Senior Judge.

**O R D E R**
(FILED—July 31, 2025)

On consideration of Disciplinary Counsel's motion for leave to file under seal its lodged petition on behalf of the Board on Professional Responsibility to suspend respondent indefinitely based on disability pursuant to D.C. Bar R. XI, § 13(c); and it appearing that respondent, the Board, and Disciplinary Counsel agree that an indefinite disability suspension should be imposed; and it further appearing that counsel should be appointed to assist respondent with succession planning; it is

ORDERED that the motion for leave is granted and the lodged petition is filed under seal. *See* D.C. Bar R. XI, § 17(b). It is

FURTHER ORDERED that the petition is granted, respondent Clayborne E. Chavers is indefinitely suspended from the practice of law in the District of Columbia on the grounds of disability, effective immediately, and any pending disciplinary proceedings against respondent shall be held in abeyance. *See* D.C. Bar R. XI, § 13(c). It is

FURTHER ORDERED that Mary Paloger, Esquire, is appointed to assist respondent with succession planning, including making an inventory of respondent's cases, making appropriate disposition of respondent's files, distributing as appropriate any funds in respondent's escrow accounts, and ensuring continuity of

representation for respondent's clients. *See* D.C. Bar R. XI, § 15(a). Ms. Paloger shall file with the Board a written acceptance of this appointment. *See id.* It is

FURTHER ORDERED that respondent's attention is drawn to the requirements of D.C. Bar R. XI, §§ 14(g) and 16, relating to suspended attorneys. It is

FURTHER ORDERED that within ten days from the date of this order, respondent shall file an affidavit in compliance with D.C. Bar R. XI, § 14(g), with the court and the Board, and shall serve a copy of the affidavit on Disciplinary Counsel.

**PER CURIAM**